# EXHIBIT A

| Case Caption | Case Number | Firm(s) Representing Plaintiff |
|---|---|---|
| *City of Oconomowoc Wastewater Treatment Utility v. 3M Company, et al.* | 2:22-cv-00100 | Napoli Shkolnik, PLLC |
| *Caveland Sanitation Authority, Inc. v. 3M Company, et al.* | 2:22-cv-02565 | Napoli Shkolnik, PLLC |
| *Commissioners of Public Works of the Town of Summerville v. 3M Company, et al.* | 2:23-cv-02157 | Robbins Geller Rudman & Dowd/ AquaLaw; Napoli Shkolnik |
| *Willingboro Municipal Utilities Authority v. 3M Company, et al.* | 2:23-cv-04324 | Napoli Shkolnik, PLLC |